AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2021 JAN -8 ~~District of~~
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

United States of America
v.
Dominion Voting System,
DNC, 93 US Senators, and
Mike Pence, VP and Chief
Justice Roberts SCOTUS
    Defendant(s)

Case No. 5:21-cv-14-OC 37PRL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 6 JAN 2020 in the county of _____ in the District of Columbia, the defendant(s) violated:

**Code Section**
USC 18 § 242 Deprivation of Rights under color of law
Article 2 Section 1 Clause 1 of the US Constitution

**Offense Description**
1. Chief Justice John Roberts unlawfully dismissed a case with standing brought forth by the State of Texas and 22 other states. 2. Defendant's among others, which include the State Georgia and other battleground states knowingly and willingly certified fradulent election results by allowing votes counted by Dominion (Fraud 2006 Venezuela, banned in Texas and in Canada), unlawfully allowed voter to be counted after the close of each voting precinct on 3 Nov 2020 and thus disenfranchised over 74 million voters that lawfully reelected President Donald J. Trump to a 2nd term.

This criminal complaint is based on these facts:
The governors and secretary's of state named in the offense description acted unconstitutionally and unlawfully by fraudulently certifying the elections in their perspective states.

☐ Continued on the attached sheet.

Requested Remedies:
1. Cease and Desist order against any votes counted unlawfully after 3 Nov 2020 and 2. All votes counted using Dominion Voting System and their subsidaries be declared null and void 3. Recertification of the electorate

Sworn to before me and signed in my presence.

*Complainant's signature*
We The People

*Printed name and title*
We The People Osualdo Alfano Disenfranchised Voter

Date: _____

*Judge's signature*

City and state: _____

*Printed name and title*

✓